# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NOEL, FRANKLIN L. | U. S. DISTRICT COURT | 08/31/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. MAGISTRATE JUDGE (FULL) | ☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>08/31/2018 |

**7. Chambers or Office Address**

9W UNITED STATES COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Minnesota Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 08/31/2018 | Marketing Minds, salary; supplemental distribution |
| 2. 08/31/2018 | General Mills, Inc. Pension Benefits |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-37 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Brokerage Account #1 | | | | | | | | | |
| 2. - - Apple, Inc (AAPL) | A | Dividend | L | T | | | | | |
| 3. --CNA Financial Group (CNA) | A | Dividend | J | T | | | | | |
| 4. --Chemours Co (CC) | A | Dividend | J | T | | | | | |
| 5. --McDermott International (MDR) (formerly Chicago Bridge (CBI)) | | None | J | T | | | | | |
| 6. --DowDupont (DWDP) | A | Dividend | K | T | | | | | |
| 7. --Fresh DelMonte Produce (FDP) | A | Dividend | J | T | | | | | |
| 8. --Flextronics International, Ltd. (FLEX) | | None | J | T | | | | | |
| 9. --Gannett Co., Inc. (GCI) | A | Dividend | J | T | | | | | |
| 10. - -General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 11. - -Goldcorp Inc. (GG) | A | Dividend | J | T | | | | | |
| 12. - -Home Depot, Inc. (HD) | A | Dividend | K | T | | | | | |
| 13. --Humana, Inc. (HUM) | A | Dividend | K | T | | | | | |
| 14. - -Glassbridge (GLN) (IMN)) | | None | J | T | | | | | |
| 15. - -ION Geophysical Corp. (IO) | | None | J | T | | | | | |
| 16. - -Japan Smaller Cap Fund (JOF) | A | Dividend | J | T | | | | | |
| 17. - -Southwest Airlines (LUV) | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --Newmont Mining Corp. (NEM) | A | Dividend | J | T | | | | | |
| 19. --Newell Rubbermaid, Inc. (NWL) | A | Dividend | J | T | | | | | |
| 20. --Regis Corporation (RGS) | | None | J | T | | | | | |
| 21. --Sony Corporation (ADR) (SNE) | A | Dividend | J | T | | | | | |
| 22. --Steris Corporation (STE) | A | Dividend | K | T | | | | | |
| 23. --Superior Industries Int'l, Inc. (SUP) | A | Dividend | J | T | | | | | |
| 24. --Tegna (TGNA) | A | Dividend | J | T | | | | | |
| 25. --U.S. Bancorp (USB) | A | Dividend | J | T | | | | | |
| 26. --Wells Fargo Money Market FD | A | Interest | L | T | | | | | |
| 27. --Cars.com (CARS) | | None | J | T | | | | | |
| 28. Wells Fargo Brokerage Account #2 | | | | | | | | | |
| 29. --Amerisource Bergen Corp. (ABC) | A | Dividend | L | T | | | | | |
| 30. --CHUBB, Ltd (CB) | A | Dividend | K | T | | | | | |
| 31. --Aviat Networks, Inc. (AVNW) | | None | J | T | | | | | |
| 32. --Baxter International, Inc. (BAX) | A | Dividend | K | T | | | | | |
| 33. --Shire, PLC, (SHPG) | A | Dividend | J | T | | | | | |
| 34. --ConAgra Foods, Inc. (CAG), | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - -Center Point Energy, Inc. (CNP) | B | Dividend | K | T | | | | | |
| 36.   - -CNX Resources (CNX) | A | Dividend | J | T | | | | | |
| 37.   - -CONOCOPhillips (COP) | A | Dividend | K | T | | | | | |
| 38.   --Phillips 66 (PSX) | A | Dividend | K | T | | | | | |
| 39.   - -Dean Foods Company (DF) | A | Dividend | J | T | | | | | |
| 40.   - -Devon Energy Corporation (DVN) | A | Dividend | J | T | | | | | |
| 41.   - -Embraer, SA (ADR) (ERJ) | A | Dividend | J | T | | | | | |
| 42.   - -Harris Corporation (HRS) | B | Dividend | L | T | | | | | |
| 43.   - -Mueller Industries, Inc. (MLI) | A | Dividend | K | T | | | | | |
| 44.   - -Nokia Corporation (ADR) (NOK) | A | Dividend | J | T | | | | | |
| 45.   - -British American Tobacco (BTI) | B | Dividend | K | T | | | | | |
| 46.   - -Stanley Black & Decker, Inc. (SWK) | A | Dividend | K | T | | | | | |
| 47.   - -Wells Fargo accounts WF money market FD | A | Interest | M | T | Sold (part) | 01/19/18 | N | A | |
| 48.   - -Console Mining (CEIX) | | None | J | T | | | | | |
| 49.   - - Lamb Weston Holdings (LW) | A | Dividend | J | T | | | | | |
| 50.   - - Mueller Industries Inc - Subordinated Debenture | A | Int./Div. | J | T | | | | | |
| 51.   RBC Wealth Management IRA Account (See Part VIII) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Citigroup, Inc. (C) | | | | | Sold | 01/25/18 | J | C | |
| 53. --Cisco Systems, Inc. (CSCO) | | | | | Sold | 01/25/18 | K | E | |
| 54. --Diageo, plc (ADR) (DEO) | A | Dividend | K | T | | | | | |
| 55. --Dodge & Cox Int'l Stock Fund (DODFX) | | | | | Sold | 01/25/18 | L | D | |
| 56. --Wells Fargo Adv. Int'l Eq Fund (WFEAX) | | | | | Sold | 01/25/18 | K | E | |
| 57. --International Business Machine Corp. (IBM) | B | Dividend | K | T | | | | | |
| 58. --Intel Corporation (INTC) | B | Dividend | K | T | | | | | |
| 59. --Nu Skin Enterprises, Inc. (NUS) | B | Dividend | L | T | | | | | |
| 60. --New York Community Bancorp, Inc. (NYCB) | | | | | Sold | 01/26/18 | K | B | |
| 61. --Mutual Quest Fund Class A (TEQIX) | | | | | Sold | 01/26/18 | K | A | |
| 62. --Charter Communications (CHTR) | | | | | Sold | 01/26/18 | J | C | |
| 63. --Time Warner, Inc. (TWX) | | | | | Sold | 01/26/18 | J | D | |
| 64. --Time, Inc. (TIME) | | | | | Sold | 01/26/18 | J | A | |
| 65. --Pimco All Asset Fund (PAUCX) | | | | | Sold | 01/25/18 | L | A | |
| 66. --cash | A | Interest | M | T | | | | | |
| 67. --T Rowe Price Growth Stock Fund (PRGFX) | A | Dividend | L | T | Buy | 01/26/18 | L | | |
| 68. --Artisan partners FDS Inc. International Value Fund (APDKX) | B | Dividend | L | T | Buy | 01/26/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - - First Eagle Overseas Fund (SGOIX) | B | Dividend | L | T | Buy | 01/26/18 | L | | |
| 70. - - Oppenheimer Development (ODVYX) | A | Dividend | L | T | Buy | 01/26/18 | L | | |
| 71. Wells Fargo IRA Account #2 | | | | | | | | | |
| 72. - -Becton, Dickinson and Co. (BDX) | B | Dividend | L | T | | | | | |
| 73. - -ConocoPhillips (COP) | A | Dividend | K | T | | | | | |
| 74. --Phillips 66 (PSX) | A | Dividend | K | T | | | | | |
| 75. - -Mutual Quest Fund Z (MQIFX) | C | Dividend | M | T | | | | | |
| 76. --Novartis, AG (ADR) (NVS) | B | Dividend | L | T | | | | | |
| 77. - -Proctor & Gamble Company (PG) | A | Dividend | K | T | | | | | |
| 78. - -The Travelers Companies, Inc. (TRV) | B | Dividend | L | T | | | | | |
| 79. --Pimco Inc. Fund (PONCX) | C | Dividend | L | T | | | | | |
| 80. - -cash | A | Interest | M | T | | | | | |
| 81. Wells Fargo IRA Account #3 | | | | | | | | | |
| 82. --SPDR ETF (DIA) | B | Dividend | L | T | | | | | |
| 83. - - S&P 500 Dep. Recp't Unit Ser 1 (SPY) | A | Dividend | K | T | | | | | |
| 84. --Charter Communications (CHTR) | | None | J | T | | | | | |
| 85. - -ATT (T) (formerlyTime Warner (TWX)) | | | | | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)

A =$1,000 or less
F =$50,001 - $100,000

B =$1,001 - $2,500
G =$100,001 - $1,000,000

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000

D =$5,001 - $15,000
H2 =More than $5,000,000

E =$15,001 - $50,000

2. Value Codes
(See Columns C1 and D3)

J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000

K =$15,001 - $50,000
O =$500,001 - $1,000,000

L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000

M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3. Value Method Codes
(See Column C2)

Q =Appraisal
U =Book Value

R =Cost (Real Estate Only)
V =Other

S =Assessment
W =Estimated

T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Time, Inc (TIME) | | | | | Sold | 02/02/18 | J | A | |
| 87. --cash | A | Interest | K | T | | | | | |
| 88. Wells Fargo IRA Account #4--WF Adv Large Cap Fund (STRFX) | | None | K | T | | | | | |
| 89. Wells Fargo Bank Cash Accounts | D | Interest | O | T | | | | | |
| 90. Schwab Brokerage Account #1 | | | | | | | | | |
| 91. --Alphabet, Inc (GOOGL) | | None | M | T | | | | | |
| 92. --BP Plc (ADR) (BP) | B | Dividend | K | T | | | | | |
| 93. --DaimlerChrysler (DDAIF) | A | Dividend | J | T | | | | | |
| 94. --Darden Restaurants, Inc. (DRI) | A | Dividend | K | T | | | | | |
| 95. --DowDupont (DWDP) | A | Int./Div. | K | T | | | | | |
| 96. --Energen Corporation (EGN) | A | Dividend | K | T | | | | | |
| 97. --Exxon Mobil Corporation (XOM) | B | Dividend | K | T | | | | | |
| 98. --Four Corners Property (FCPT) | A | Dividend | J | T | | | | | |
| 99. --Frontier Communications Corp. (FTR) | A | Dividend | J | T | | | | | |
| 100. --General Electric Company (GE) | A | Dividend | J | T | | | | | |
| 101. --General Mills, Inc. (GIS) | B | Dividend | L | T | | | | | |
| 102. --Honeywell International, Inc. (HON) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Iberdrola SA (IBDRY) | A | Dividend | J | T | | | | | |
| 104. --JM Smucker Company (SJM) | A | Dividend | J | T | | | | | |
| 105. --Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 106. --Kellogg Company (K) | B | Dividend | L | T | | | | | |
| 107. --KeyCorp. (KEY) | A | Dividend | J | T | | | | | |
| 108. --MBIA, Inc. (MBI) | | None | J | T | | | | | |
| 109. --Norfolk Southern Corporation (NSC) | A | Dividend | K | T | | | | | |
| 110. --Nu Skin (NUS) | A | Dividend | K | T | | | | | |
| 111. --Piper Jaffray Companies (PJC) | A | Dividend | J | T | | | | | |
| 112. --Invesco QQQ Trust, (formerly Power Shares QQQ trust, Ser. 1 (QQQ)) | A | Dividend | K | T | | | | | |
| 113. --Proctor & Gamble Company (PG) | A | Dividend | K | T | | | | | |
| 114. --SPDR S&P 500 (ETF) (SPY) | A | Dividend | L | T | | | | | |
| 115. --SPDR ETF fka Diamond Trust Series Mutual Fund (DIA) | A | Dividend | K | T | | | | | |
| 116. --SuperValu, Inc. (SVU) | | None | J | T | | | | | |
| 117. --Surmodics, Inc. (SRDX) | | None | J | T | | | | | |
| 118. --Target Corporation (TGT) | B | Dividend | K | T | | | | | |
| 119. --Textron, Inc. (TXT) | A | Dividend | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
| U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL., FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - -US Bancorp (USB) | A | Dividend | K | T | | | | | |
| 121. - -Verizon Communications, Inc. (VZ) | A | Dividend | K | T | | | | | |
| 122. - -Washington Real Estate Investment T (WRE) | A | Dividend | K | T | | | | | |
| 123. - -Pimco High Yield Institutional sharles (PHIYX) | C | Dividend | L | T | | | | | |
| 124. - -Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | K | T | | | | | |
| 125. - -US Treasury due 8/15/23 | A | Interest | J | T | | | | | |
| 126. - -Schwab cash reserves (SWSXX) | A | Interest | M | T | | | | | |
| 127. --Kinder/Morgan (KMI) including WARRANTS (KMIWS) | A | Dividend | J | T | | | | | |
| 128. -- Advansix, Inc. (ASIX) | | None | J | T | | | | | |
| 129. - -Amazon (AMZN) | | None | M | T | | | | | |
| 130. -- Citibank NA CD (Due 1/5/18) | | | | | Matured | 01/05/18 | M | | |
| 131. - - Plains Capital Bank CD (Due 3/21/18) | | | | | Matured | 03/12/18 | M | | |
| 132. - - Stearns Bank CD (Due 11/23/2018) | A | Interest | L | T | | | | | |
| 133. - - SAFRA National Bank CD | A | Interest | L | T | Buy | 04/09/18 | M | | |
| 134. - - Allegiance Bancsh CD | A | Interest | L | T | Buy | 05/30/18 | M | | |
| 135. - - Wells Fargo Bank CD | A | Interest | L | T | Buy | 05/30/18 | M | | |
| 136. - - Franklyn Synergy CD | A | Interest | L | T | Buy | 05/30/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - - WEX Bank Midvale CD | A | Interest | L | T | Buy | 07/13/18 | M | | |
| 138. - - Investor's Bank CD | A | Interest | L | T | Buy | 07/13/18 | M | | |
| 139. SCHWAB 401(k) account | | | | | | | | | |
| 140. --Schwab Money Mkt Fund (SWMXX) | A | Dividend | L | T | | | | | |
| 141. - -Becton Dickinson (BDX) | B | Dividend | L | T | | | | | |
| 142. - -International Business Machines (IBM) | B | Dividend | L | T | | | | | |
| 143. - -New York Community Bancorp, Inc. (NYCB) | B | Dividend | K | T | | | | | |
| 144. - -NuSkin Enterprises (NUS) | B | Dividend | L | T | | | | | |
| 145. --Novartis (NVS) | A | Dividend | K | T | | | | | |
| 146. --Nuance (NUAN) | | None | K | T | | | | | |
| 147. - -OAKMARK Intl Fund (OAKIX) | C | Dividend | K | T | | | | | |
| 148. - -GABELLI Small Cap (GABSX) | A | Dividend | K | T | | | | | |
| 149. - - Amazon (AMZN) | | None | M | T | | | | | |
| 150. - - Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 151. - - Invesco QQQ Trust (Formerly Powershares ) (QQQ) | A | Dividend | K | T | | | | | |
| 152. Charles Schwab Bank | A | Interest | K | T | | | | | |
| 153. Morgan Stanley Brokerage Account | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - - Morgan Stanley Private Bank NA | A | Int./Div. | N | T | | | | | |
| 155. - -AT&T (T) | B | Dividend | K | T | | | | | |
| 156. --Boeing (BA) | D | Dividend | N | T | | | | | |
| 157. - -Comcast Corp. (CMCSA) | A | Dividend | K | T | | | | | |
| 158. --EXELON Corp (EXC) | A | Dividend | J | T | | | | | |
| 159. - -DowDupont (DWDP) (fka) Dow Chemical (DOW) | A | Int./Div. | J | T | | | | | |
| 160. - -Edison International (EIX) | A | Dividend | J | T | | | | | |
| 161. --Kinder/Morgan, Inc. (KMI) | A | Dividend | J | T | | | | | |
| 162. - -Energen Corp. (EGN) | | | K | T | | | | | |
| 163. - -IBERDROLA (IBDRY) | A | Dividend | J | T | | | | | |
| 164. - -National Fuel Gas (NFG) | A | Dividend | K | T | | | | | |
| 165. - -PG&E (PCG) | A | Dividend | J | T | | | | | |
| 166. - -PNC Financial Services (PNC) | A | Dividend | J | T | | | | | |
| 167. -Praxair, Inc. (PX) | A | Dividend | K | T | | | | | |
| 168. --CenturyLink (CTL) Comm.(Q | A | Dividend | J | T | | | | | |
| 169. - -Contra Seahawk (Y) | | | | | | | | | |
| 170. - -Sempra Energy (SRE) | B | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                                                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Verizon (VZ) | A | Dividend | J | T | | | | | |
| 172. --Vodafone Group (VOD) | A | Dividend | J | T | | | | | |
| 173. --Westar Energy, Inc. (WR) | A | Dividend | J | T | | | | | |
| 174. --Barrings Corp, Investors (MCI) | B | Dividend | K | T | | | | | |
| 175. --Mutual Quest (MQIFX) | A | Dividend | J | T | | | | | |
| 176. --Mutual Global Disc. (MDISX) | B | Dividend | L | T | | | | | |
| 177. --Centrus Energy (LEU) | | None | J | T | | | | | |
| 178. American Century Mutual Funds (Am. Century) | | | | | | | | | |
| 179. --Growth (TWCGX) | D | Dividend | L | T | | | | | |
| 180. --Ultra (TWCUX) | B | Dividend | K | T | | | | | |
| 181. --Balanced (TWBIX) | C | Dividend | L | T | | | | | |
| 182. Federated Kaufman Fund R (KAUFX) | E | Distribution | M | T | | | | | |
| 183. Vanguard | | | | | | | | | |
| 184. --Balanced Index Fund Investors Shares (VBINX) | B | Dividend | L | T | | | | | |
| 185. --Odyssey Marine Expl. (OMEX) | | None | J | T | | | | | |
| 186. --Prime Money Market Fund (VMMXX) | D | Dividend | P1 | T | | | | | |
| 187. --Windsor Fund Investor Shares (VWNDX) | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Heartland Value Fund (HRTVX) | D | Distribution | M | T | | | | | |
| 189. Manulife Financial Corp.(MFC) | A | Dividend | K | T | | | | | |
| 190. General Mills 401(k) | | | | | | | | | |
| 191. --Schwab money Mkt Fund (SWMXX) | A | Dividend | J | T | | | | | |
| 192. --General Mills (GIS) | B | Dividend | L | T | | | | | |
| 193. --F five | | None | L | T | | | | | |
| 194. --Diversified US Equity Fund | | None | N | T | | | | | |
| 195. -- Brokerage Window | | None | L | T | | | | | |
| 196. - - Diversified International Equity | | | M | T | | | | | |
| 197. - - Diversified U.S. Equity Index | | | M | T | | | | | |
| 198. Aware Board Non-Qualified Fund Blue Cross Blue ShieldBe | | | | | | | | | |
| 199. --FID Growth Co., (FGCKX) | D | Dividend | N | T | | | | | |
| 200. --SPTN 500 Index (FUSVX) | A | Dividend | L | T | | | | | |
| 201. --Times Sq SMCAP (TSCPX) | | None | L | T | | | | | |
| 202. --TMTL Global Bond (TPINX) | A | Dividend | L | T | | | | | |
| 203. --Fid Sel Tech (FSPTX) | | None | M | T | | | | | |
| 204. --Artisan Int/Val Inv (ARTKX) | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL, FRANKLIN L. | 08/31/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  --Fid Sel Energy (FSENX) | B | Dividend | K | T | | | | | |
| 206.  --Fid Sec Healthcare (FSPHX) | C | Dividend | L | T | | | | | |
| 207.  --SPTN EXT Index A DV (FSEVX) | B | Dividend | M | T | | | | | |
| 208.  Oklahoma Royalty Interest: Yazo County | A | Royalty | J | T | | | | | |
| 209.  Oklahoma Royalty Interest: Marshall County | A | Royalty | J | T | | | | | |
| 210.  Oklahoma Royalty Interest: Noble County | A | Royalty | J | T | | | | | |
| 211.  Oklahoma Royalty Interest: Pottowatomic County | A | Royalty | J | T | | | | | |
| 212.  Oklahoma Royalty Interest: Payne County | A | Royalty | J | T | | | | | |
| 213.  Oklahoma Royalty Interest: Oklahoma County | A | Royalty | J | T | | | | | |
| 214.  Oklahoma Royalty Interest: Caddo County | A | Royalty | J | T | | | | | |
| 215.  Kansas Royalty Interest: Barton County | A | Royalty | J | T | | | | | |
| 216.  Louisiana Royalty Interest: Webster County | A | Royalty | J | T | | | | | |
| 217.  RBC Brokerage Account | | | | | | | | | |
| 218.  -- Microsoft (MSFT) | A | Dividend | L | T | Buy | 01/26/18 | K | | |
| 219.  -- Vanguard FTSE Developing Markets (VEA) | C | Dividend | L | T | Buy | 01/26/18 | L | | |
| 220.  -- Vanguard FTSE Emerging Markets (VWO) | B | Dividend | K | T | Buy | 01/26/18 | K | | |
| 221. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NOEL., FRANKLIN L. | 08/31/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A.  Part VII, Line 51: Header.  In January, 2018, this entire IRA brokerage account was transferred in kind from Wells Fargo to RBC Wealth Management. Several Securities were sold and others purchased on January 25 and 26, as set forth in lines 52, 53, 55, 56, 60, 61, 62, 63, 64, 65, 67, 68, 69, 70.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature: s/ FRANKLIN L. NOEL

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544